**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BLAKE SMITH,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>PACIFIC BELL TELEPHONE COMPANY,<br>INC., et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. CV F 06-1756 OWW LJO<br><br>**ORDER TO RECUSE MAGISTRATE JUDGE AND TO REASSIGN TO ANOTHER MAGISTRATE JUDGE** |

　　　On the basis of good cause, United States Magistrate Judge Lawrence J. O'Neill recuses himself from this action and requests this Court's clerk to reassign another magistrate judge to this action. Upon reassignment, all papers shall bear the new case number with the new magistrate judge's initials.

　　　IT IS SO ORDERED.

**Dated:　December 7, 2006**　　　　　　　/s/ **Lawrence J. O'Neill**
66h44d　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE