**FILED**

JAN 2 2 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

JUSTIN THOMAS ALLEN (SB# 238195) justinthomasallenesquire@yahoo.com
LAW OFFICES OF ALLEN & MARLES, APLC
601 E. Main Street
Turlock, CA 95380
Telephone: (209) 656-6705
Facsimile: (209) 656-6757
Attorneys for Plaintiff
BLAKE SMITH

J. AL LATHAM, JR. (SB# 071605) allatham@paulhastings.com
CHRISTOPHER M. BISSONNETTE (SB# 222697)
christopherbissonnette@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, CA 90071-2228
Telephone: (213) 683-6000
Facsimile: (213) 627-0705
Attorneys for Defendants
PACIFIC BELL TELEPHONE COMPANY, INC., AT&T COMMUNICATIONS OF
CALIFORNIA, INC., SBC TELECOM, INC., SHANE SPENCER AND ALAN BROWN

[Additional Attorneys on next page]

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLAKE SMITH,<br><br>               Plaintiff,<br><br>       vs.<br><br>PACIFIC BELL TELEPHONE COMPANY, INC., AT&T COMMUNICATIONS OF CALIFORNIA, INC., SBC TELECOM, INC., COMMUNICATIONS WORKERS OF AMERICA LOCAL 9333 UNION, AFL-CIO, COMMUNICATIONS WORKERS OF AMERICA DISTRICT 9 UNION AFL-CIO, SHANE SPENCER, an individual, ALAN BROWN, an individual and DOES 1-100,<br><br>              Defendants. | CASE NO. 1:06-CV-01756-OWW-LJO<br><br>**JOINT STIPULATION REGARDING CONTINUANCE OF HEARING ON DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT FROM JANUARY 28, 2008 TO MARCH 17, 2008; [PROPOSED] ORDER**<br><br><br>Judge: Honorable Oliver W. Wanger<br>Court: Courtroom 3 |

1  DAVID A. ROSENFELD (SB# 058163) (courtnotices@unioncounsel.net)
   CAREN P. SENCER (SB# 233488)
2  WEINBERG, ROGER & ROSENFELD
   A Professional Corporation
3  1001 Marina Village Parkway, Suite 200
   Alameda, CA 94501-1091
4  Telephone: (510) 337-1001
   Facsimile: (510) 337-1023
5
   STEVEN J. JOFFE, (SB# 108419)
6  CRAIG C. HUNTER (SB# 71299) (craig.hunter@wilsonelser.com)
   WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
7  555 South Flower Street, Suite 2900
   Los Angeles, CA 90071
8  Telephone: (213) 443-5100
   Facsimile: (213) 443-5101
9
   Attorneys for Defendant
10 COMMUNICATIONS WORKERS OF AMERICA
   DISTRICT 9 UNION AFL-CIO
11
12 THOMAS MICHAEL SHARPE (SB# 69697) (mnbennettlaw@sbcglobal.net)
   BENNETT & SHARPE, INC.
13 2444 Main Street, Suite 110
   Fresno, CA 93721
14 Telephone: (559) 0120
   Facsimile: ((559) 485-5823)
15
   Attorneys for Defendant
16 COMMUNICATIONS WORKERS OF AMERICA
   LOCAL 9333 UNION AFL-CIO
17
18
19
20
21
22
23
24
25
26
27
28
                                              JOINT STIPULATION REGARDING
                                              CONTINUANCE OF SJ HEARING;
   LEGAL_US_W # 57962302.2                         [PROPOSED] ORDER

1    WHEREAS, Defendants Pacific Bell Telephone Company, Inc., AT&T

2    Communications Of California, Inc., SBC Telecom, Inc., Alan Brown, Shane Spencer,

3    Communications Workers Of America Local 9333 Union, AFL-CIO, and Communications

4    Workers Of America District 9 Union AFL-CIO (collectively("Defendants") filed motions for

5    summary judgment (hereafter collectively referred to as "Summary Judgment Motions") on

6    December 28, 2007 and set the hearing on January 28, 2008;

7

8    WHEREAS, on or about January 8, 2008, counsel for Plaintiff Blake Smith

9    informed Defendants that he needed more time in order to prepare three (3) separate Oppositions

10   to the Summary Judgment Motions which had been concurrently filed by Defendants on

11   December 28, 2007 due to the short amount of time that was provided to respond. Furthermore,

12   he requested additional discovery in order to prepare his opposition to the Summary Judgment

13   Motions and requested that Defendants continue the hearing on the Summary Judgment Motions

14   to late February or early March;

15

16   WHEREAS, the case was filed on December 6, 2006 and Defendants contend that

17   there has been sufficient time for all discovery required for purposes of summary judgment;

18

19   WHEREAS, Plaintiff contends that summary judgment is inappropriate due to the

20   fact that there are ongoing discovery disputes between parties that have yet to be resolved. A

21   motion is scheduled for February 8, 2008 to resolve these disputes with defendant Pacific Bell

22   Telephone Company.

23

24   WHEREAS, prior to the filing of the summary judgment, Plaintiff sent an email to

25   counsel for Pacific Bell Telephone Company regarding possible dates for the setting of

26   depositions of Alan Brown, Shane Spencer and persons most knowledgeable from the company

27   defendants. Before responding, the Defendants filed Summary Judgment Motions. Since that

28   concurrent filing by defendants, Plaintiff has served five person most knowledgeable deposition

-2-

1  notices upon Pacific Bell Telephone Company, as well as deposition notices upon Shane Spencer

2  and Alan Brown.  Plaintiff also served a deposition notice upon Libby Sayre, Area Directory of

3  the Communications Workers of America assigned to District 9 and served a subpoena to depose

4  a representative of @road – the GPS vendor.  The depositions will occur in early February.

5

6  WHEREAS, the discovery cut-off is July 21, 2008;

7

8  WHEREAS, Plaintiff will not seek a further continuance of the Summary

9  Judgment Motions and will not raise the need for additional time in Plaintiff's Opposition to the

10  Summary Judgment Motions.

11

12  IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto,

13  through their respective attorneys of record herein, that the Summary Judgment Motions currently

14  on calendar for January 28, 2008 be continued to March 17, 2008 at 10:00 a.m.  Any opposition

15  or reply shall be filed in accordance with the F.R.C.P. and Local Rules based upon the new

16  hearing date.  Plaintiff further agrees that he will not seek a further continuance of the Summary

17  Judgment Motions and will not raise the need for additional time in his Opposition to the

18  Summary Judgment Motions.

19

20  IT IS SO STIPULATED.

21

22  DATED:  January 17, 2008           PAUL, HASTINGS, JANOFSKY & WALKER LLP

23

24  By:___/s/ Christopher M. Bissonnette_____
                       CHRISTOPHER M. BISSONNETTE

25  Attorneys for Defendants
PACIFIC BELL TELEPHONE COMPANY,
26  INC., AT&T COMMUNICATIONS OF
CALIFORNIA, INC., SBC TELECOM, INC.,
27  SHANE SPENCER AND ALAN BROWN

28

LEGAL_US_W # 57962302.2

-3-

1   DATED:  January 17, 2008          WEINBERG, ROGER & ROSENFELD

2

3                                     By:___/s/ Caren P. Sencer as authorized on 1/16/08
                                             CAREN P. SENCER
4
                                      Attorneys for Defendants
5                                     COMMUNICATIONS WORKERS OF AMERICA
                                      DISTRICT 9 UNION AFL-CIO
6

7   DATED:  January 17, 2008          WILSON, ELSER, MOSKOWITZ EDELMAN
                                      & DICKER LLP
8

9
                                      By:___/s/ Craig C. Hunter as authorized on 1/16/08
10                                           CRAIG C. HUNTER

11                                    Attorneys for Defendants
                                      COMMUNICATIONS WORKERS OF AMERICA
12                                    DISTRICT 9 UNION AFL-CIO

13  DATED:  January 17, 2008          BENNETT & SHARPE

14

15                                    By:___/s/ Thomas Michael Sharpe as authorized on 1/16/08
                                             THOMAS MICHAEL SHARPE
16
                                      Attorneys for Defendants
17                                    COMMUNICATIONS WORKERS OF AMERICA
                                      LOCAL 9333 UNION AFL-CIO
18

19  DATED:  January 17, 2008          LAW OFFICES OF ALLEN & MARLES, APLC

20

21                                    By:___/s/ Justin Thomas Allen_____
                                             JUSTIN THOMAS ALLEN
22
                                      Attorneys for Plaintiff
23                                    BLAKE SMITH

24

25                                    **ORDER**

26          Pursuant to the Stipulation of the parties, the Summary Judgment Motions

27  currently on calendar for January 28, 2008 shall be continued to March 17, 2008 at 10:00 a.m.

28
                                              -4-        JOINT STIPULATION REGARDING
                                                         CONTINUANCE OF SJ HEARING;
    LEGAL_US_W # 57962302.2                              [PROPOSED] ORDER

1   Any opposition or reply shall be filed in accordance with the F.R.C.P. and Local Rules based

2   upon the new hearing date.  Plaintiff shall not seek a further continuance of the Summary

3   Judgment Motions and shall not raise the need for additional time in Plaintiff's Opposition to the

4   Summary Judgment Motions.

5

6          **IT IS SO ORDERED:**

7

8   DATED:  January /8, 2008

9                                          Honorable Oliver W. Wanger
                                          United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LEGAL_US_W # 57962302.2

JOINT STIPULATION REGARDING
CONTINUANCE OF SJ HEARING;
[PROPOSED] ORDER