UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLAKE SMITH,<br><br>           Plaintiff,<br><br>     v.<br><br>PACIFIC BELL TELEPHONE COMPANY ET.AL,<br><br>           Defendant. | 1:06-CV-01756 OWW DLB<br><br>**ORDER DISMISSING DEFENDANTS AT&T COMMUNICATIONS OF CALIFORNIA, INC. AND SBC TELECOM, INC. PURSUANT TO FRCP 41(a)** |

Pursuant to the notice of voluntary dismissal as to defendants AT&T Communications of California, Inc. and SBC Telecom, Inc. filed pursuant to FRCvP 41(a)(2),

IT IS HEREBY ORDERED that defendants AT&T Communications of California, Inc. and SBC Telecom, Inc. are dismissed with prejudice and each party shall bear its own costs and attorneys' fees.


IT IS SO ORDERED.

Dated:   August 27, 2008                      /s/ Oliver W. Wanger
                                       UNITED STATES DISTRICT JUDGE