IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLAKE SMITH,<br><br>             Plaintiff,<br><br>     vs.<br><br>PACIFIC BELL TELEPHONE<br>COMPANY, et al.,<br><br>             Defendants. | No. CV-F-06-1756 OWW/DLB<br><br>ORDER DENYING DEFENDANTS'<br>MOTION TO STRIKE (Docs. 133<br>& 134) AND DIRECTING<br>DEFENDANTS' TO FILE RESPONSE<br>TO PLAINTIFF'S SUBMISSION OF<br>SUPPLEMENTAL AUTHORITY AFTER<br>ORAL ARGUMENT |

At the September 29, 2008 hearing, the Court stated to Plaintiff's counsel "if you can find me a case, I'll let you do it, that says that the making a [sic] negligent or an incomplete investigation that breaches the duty of fair representation."

On October 2, 2008, Plaintiff filed a "Submission of Supplemental Authority After Oral Argument Re: Motion for Summary Judgment." (Doc. 130). Plaintiff's Supplemental Authority is a twelve-page brief addressing the following issues:

> ISSUE 1: <u>WHETHER A UNION IS REQUIRED TO INVESTIGATE A GRIEVANCE BROUGHT TO IT BY A</u>

1

    **MEMBER OF THAT UNION?**

   **ISSUE 2: WHETHER AN INADEQUATE REPRESENTATION CLAIM IS EVALUATED ON AN OBJECTIVE OR A SUBJECTIVE BASIS?**

   **ISSUE 3: WHETHER DEFENDANTS LOCAL 9333 AND DISTRICT 9 VIOLATED THEIR DUTY TO ADEQUATELY REPRESENT PLAINTIFF?**

  Defendants move to strike Plaintiff's Supplemental Authority on the ground that it was not authorized to be filed by the Court, constitutes a re-briefing of arguments and authority already presented to the Court, and presents no newly discovery case authority.

  Although Plaintiff's Supplemental Authority exceeds the leave granted by the Court and is a belated attempt to rectify the deficiencies in Plaintiff's memoranda of points and authorities in opposition to the motions for summary judgment, the Court will not strike the Supplemental Authority.  However, Defendants shall have the opportunity to file responsive papers to the Supplemental Authority.

  For the reasons stated:

  1.  Defendants' motion to strike is DENIED;

  2.  Defendants shall file responses to Plaintiff's Supplemental Authority within two weeks of the date of service of this Order.  At that time, the motions for summary judgment stand submitted.  No further filings in connection with the motions for summary judgment shall be filed without first obtaining leave of Court upon good cause shown.

///

1 | IT IS SO ORDERED.

2 | Dated:   October 23, 2008              /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE