JUSTIN THOMAS ALLEN (SB# 238195) justinthomasallenesquire@yahoo.com)
LAW OFFICES OF JUSTIN THOMAS ALLEN
601 E. Main Street
Turlock, CA 95380
Telephone: (209) 656-6705
Facsimile: (209) 656-6757
Attorneys for Plaintiff
BLAKE SMITH

J. AL LATHAM, JR. (SB# 071605) allatham@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, CA 90071-2228
Telephone: (213) 683-6000
Facsimile: (213) 627-0705
Attorneys for Defendants
PACIFIC BELL TELEPHONE COMPANY, INC.,
SHANE SPENCER and ALAN BROWN

[Additional Attorneys on next page]

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLAKE SMITH,<br><br>     Plaintiff,<br><br>    vs.<br><br>PACIFIC BELL TELEPHONE COMPANY, INC., AT&T COMMUNICATIONS OF CALIFORNIA, INC., SBC TELECOM, INC., COMMUNICATIONS WORKERS OF AMERICA LOCAL 9333 UNION, AFL-CIO, COMMUNICATIONS WORKERS OF AMERICA DISTRICT 9 UNION AFL-CIO, SHANE SPENCER, an individual, ALAN BROWN, an individual and DOES 1-100,<br><br>     Defendants. | CASE NO. 1:06-CV-01756-OWW-LJO<br><br>JOINT STIPULATION TO CONTINUE TRIAL, PRETRIAL CONFERENCE, AND RELATED FORTHCOMING DEADLINES DUE TO PENDING SUMMARY JUDGMENT MOTIONS; ORDER<br><br>Judge: Honorable Oliver W. Wanger<br>Court: Courtroom 3<br><br>**Pretrial Conference: November 10, 2008**<br>**Trial Date: December 9, 2008** |

PDF created with pdfFactory trial version www.pdffactory.com

1  DAVID A. ROSENFELD (SB# 058163) (courtnotices@unioncounsel.net)
   CAREN P. SENCER (SB# 233488)
2  WEINBERG, ROGER & ROSENFELD
   A Professional Corporation
3  1001 Marina Village Parkway, Suite 200
   Alameda, CA 94501-1091
4  Telephone: (510) 337-1001
   Facsimile: (510) 337-1023
5
   STEVEN J. JOFFE, (SB# 108419)
6  CRAIG C. HUNTER (SB# 71299) (craig.hunter@wilsonelser.com)
   WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
7  555 South Flower Street, Suite 2900
   Los Angeles, CA 90071
8  Telephone: (213) 443-5100
   Facsimile: (213) 443-5101
9
   Attorneys for Defendant
10 COMMUNICATIONS WORKERS OF AMERICA
   DISTRICT 9 UNION AFL-CIO
11

12 THOMAS MICHAEL SHARPE (SB# 69697) (mnbennettlaw@sbcglobal.net)
   BENNETT & SHARPE, INC.
13 2444 Main Street, Suite 110
   Fresno, CA 93721
14 Telephone: (559) 0120
   Facsimile: ((559) 485-5823)
15
   Attorneys for Defendant
16 COMMUNICATIONS WORKERS OF AMERICA
   LOCAL 9333 UNION AFL-CIO
17

18

19

20

21

22

23

24

25

26

27

28

LEGAL_US_W # 60288116.1

JOINT STIPULATION TO CONTINUE
TRIAL, PRETRIAL CONFERENCE ETC.;
[PROPOSED] ORDER

PDF created with pdfFactory trial version www.pdffactory.com

1  All parties join in respectfully requesting that the Court continue the
2  December 9, 2008, trial; the November 10, 2008, final pretrial conference; and all
3  other forthcoming pretrial deadlines to the Court's next available dates in 2009,
4  subject to the Court's ruling on Defendants' pending summary judgment motions.

6  The Court heard Defendants' motions for summary judgment on
7  September 29, 2008.  Following the hearing, Plaintiff filed a supplemental brief.
8  Today, the Court ordered Defendants to respond to that supplemental brief within
9  two weeks --- that is, by November 10 ---- after which the summary judgment
10 motion will stand submitted.

12 Pursuant to the Court's May 18, 2007, scheduling order, trial is
13 currently set for December 9.  The joint pretrial statement is due November 3, and
14 the final pretrial conference is set for November 10 --- the very day Defendants'
15 responses to Plaintiff's supplemental brief are due.  Thus, under the current
16 schedule, it will not be possible for the Court to rule on the pending summary
17 judgment motions before the pretrial conference.  The parties' counsel would like to
18 avoid imposing on their respective clients the costs of trial preparation, including
19 final preparation of the joint pretrial statement and appearance at the final pretrial
20 conference, while the summary judgment motions are pending. This stipulated
21 request addresses only the trial, final pretrial conference, and other forthcoming
22 pretrial deadlines; it does not affect any previous deadlines.

24 This stipulated request is not presented for purposes of delay.
25 Defendants' summary judgment motions were filed on December 28, 2007, well in
26 advance of the trial date. The initially noticed hearing date of January 28, 2008, was
27 postponed several times --- first in order to afford Plaintiff additional time for

-2- JOINT STIPULATION TO CONTINUE TRIAL, PRETRIAL CONFERENCE ETC.; [PROPOSED] ORDER

PDF created with pdfFactory trial version www.pdffactory.com

discovery, and then on the Court's own motion due to the press of the Court's business.  There has been no previous request to vacate or extend the trial date.

IT IS SO STIPULATED.

DATED:  October 27, 2008          PAUL, HASTINGS, JANOFSKY & WALKER LLP

By:   /s/ J. Al Latham, Jr.
       J. AL LATHAM, JR.

Attorneys for Defendants
PACIFIC BELL TELEPHONE COMPANY,
SHANE SPENCER AND ALAN BROWN

DATED:  October 27, 2008          WEINBERG, ROGER & ROSENFELD

By:   /s/ Caren P. Sencer as authorized on 10/27/08
       CAREN P. SENCER

Attorneys for Defendants
COMMUNICATIONS WORKERS OF AMERICA
DISTRICT 9 UNION AFL-CIO

DATED:  October 27, 2008          WILSON, ELSER, MOSKOWITZ EDELMAN
                                  & DICKER LLP

By:   /s/ Craig C. Hunter as authorized on 10/27/08
       CRAIG C. HUNTER

Attorneys for Defendants
COMMUNICATIONS WORKERS OF AMERICA
DISTRICT 9 UNION AFL-CIO

DATED:  October 27, 2008          BENNETT & SHARPE

By:   /s/ Thomas Michael Sharpe as authorized on 10/27/08
       THOMAS MICHAEL SHARPE

Attorneys for Defendants
COMMUNICATIONS WORKERS OF AMERICA
LOCAL 9333 UNION AFL-CIO

-3-   JOINT STIPULATION TO CONTINUE TRIAL, PRETRIAL CONFERENCE ETC.; [PROPOSED] ORDER

PDF created with pdfFactory trial version www.pdffactory.com

DATED: October 27, 2008			LAW OFFICES OF ALLEN & MARLES, APLC

By:  /s/ Justin Thomas Allen as authorized on 10/27/08
     JUSTIN THOMAS ALLEN

Attorneys for Plaintiff
BLAKE SMITH

## **ORDER**

Pursuant to the Stipulation of the parties, and good cause appearing therefor, the Court hereby continues the trial date currently set for December 9, 2008 to March 10, 2009; the Final Pretrial Conference is continued from November 10, 2008, to January 26, 2009; and all corresponding pretrial deadlines not yet past as of the date of the parties' Stipulation are continued in accordance with the Federal and Eastern District Court rules.

**IT IS SO ORDERED:**

DATED: November 5, 2008			/s/ OLIVER W. WANGER
						Honorable Oliver W. Wanger
						United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com