JUSTIN THOMAS ALLEN (SB# 238195) justinthomasallenesquire@yahoo.com
LAW OFFICES OF JUSTIN THOMAS ALLEN
601 E. Main Street
Turlock, CA 95380
Telephone: (209) 656-6705
Facsimile: (209) 656-6757
Attorneys for Plaintiff
BLAKE SMITH

J. AL LATHAM, JR. (SB# 071605) allatham@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, CA 90071-2228
Telephone: (213) 683-6000
Facsimile: (213) 627-0705
Attorneys for Defendants
PACIFIC BELL TELEPHONE COMPANY, INC.,
SHANE SPENCER and ALAN BROWN

[Additional Attorneys on next page]

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLAKE SMITH,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>PACIFIC BELL TELEPHONE COMPANY, INC., AT&T COMMUNICATIONS OF CALIFORNIA, INC., SBC TELECOM, INC., COMMUNICATIONS WORKERS OF AMERICA LOCAL 9333 UNION, AFL-CIO, COMMUNICATIONS WORKERS OF AMERICA DISTRICT 9 UNION AFL-CIO, SHANE SPENCER, an individual, ALAN BROWN, an individual and DOES 1-100,<br><br>　　　　　Defendants. | CASE NO. 1:06-CV-01756-OWW-LJO<br><br>JOINT STIPULATION TO CONTINUE TRIAL, PRETRIAL CONFERENCE, AND RELATED FORTHCOMING DEADLINES DUE TO PENDING SUMMARY JUDGMENT MOTIONS; ORDER<br><br>Judge: Honorable Oliver W. Wanger<br>Court: Courtroom 3<br><br>**Pretrial Conference: January 26, 2009**<br>**Trial Date: March 10, 2009** |

PDF created with pdfFactory trial version www.pdffactory.com

1  DAVID A. ROSENFELD (SB# 058163) (courtnotices@unioncounsel.net)
   CAREN P. SENCER (SB# 233488)
2  WEINBERG, ROGER & ROSENFELD
   A Professional Corporation
3  1001 Marina Village Parkway, Suite 200
   Alameda, CA 94501-1091
4  Telephone: (510) 337-1001
   Facsimile: (510) 337-1023
5
   STEVEN J. JOFFE, (SB# 108419)
6  CRAIG C. HUNTER (SB# 71299) (craig.hunter@wilsonelser.com)
   WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
7  555 South Flower Street, Suite 2900
   Los Angeles, CA 90071
8  Telephone: (213) 443-5100
   Facsimile: (213) 443-5101
9
   Attorneys for Defendant
10 COMMUNICATIONS WORKERS OF AMERICA
   DISTRICT 9 UNION AFL-CIO
11

12 THOMAS MICHAEL SHARPE (SB# 69697) (mnbennettlaw@sbcglobal.net)
   BENNETT & SHARPE, INC.
13 2444 Main Street, Suite 110
   Fresno, CA 93721
14 Telephone: (559) 0120
   Facsimile: ((559) 485-5823)
15
   Attorneys for Defendant
16 COMMUNICATIONS WORKERS OF AMERICA
   LOCAL 9333 UNION AFL-CIO
17

18

19

20

21

22

23

24

25

26

27

28

LEGAL_US_W # 60843194.1

JOINT STIPULATION TO CONTINUE
TRIAL, PRETRIAL CONFERENCE ETC.;
[PROPOSED] ORDER

PDF created with pdfFactory trial version www.pdffactory.com

All parties join in respectfully requesting that the Court continue the March 10, 2009, trial; the January 26, 2009, final pretrial conference; and all other forthcoming pretrial deadlines to the Court's next available dates in 2009, subject to the Court's ruling on Defendants' pending summary judgment motions.

On November 6, 2008, this Court entered an order, pursuant to an all-party stipulation, continuing the trial and pretrial dates, pending the Court's ruling on Defendants' summary judgment motions. As the summary judgment motions remain under submission, the parties now respectfully seek a continuance of the dates set in the November 6 order.

The Court heard Defendants' motions for summary judgment on September 29, 2008. Following the hearing, Plaintiff filed a supplemental brief, and Defendants filed responses thereto. The matter stands submitted.

The parties' counsel would like to avoid imposing on their respective clients the costs of trial preparation, including final preparation of the joint pretrial statement and appearance at the final pretrial conference, while the summary judgment motions are pending. This stipulated request addresses only the trial, final pretrial conference, and other forthcoming pretrial deadlines; it does not affect any previous deadlines.

This stipulated request is not presented for purposes of delay. Defendants' summary judgment motions were filed on December 28, 2007, well in advance of the trial date. The initially noticed hearing date of January 28, 2008, was postponed several times --- first in order to afford Plaintiff additional time for discovery, and then on the Court's own motion due to the press of the Court's

PDF created with pdfFactory trial version www.pdffactory.com

business.  There has been only one previous request to vacate or extend the trial date.

IT IS SO STIPULATED.

DATED: January 13, 2009            PAUL, HASTINGS, JANOFSKY & WALKER LLP


                                   By:   /s/ J. Al Latham, Jr.
                                         J. AL LATHAM, JR.

                                   Attorneys for Defendants
                                   PACIFIC BELL TELEPHONE COMPANY,
                                   SHANE SPENCER AND ALAN BROWN


DATED: January 13, 2009            WEINBERG, ROGER & ROSENFELD


                                   By:   /s/ Caren P. Sencer as authorized on 1/13/09
                                         CAREN P. SENCER

                                   Attorneys for Defendants
                                   COMMUNICATIONS WORKERS OF AMERICA
                                   DISTRICT 9 UNION AFL-CIO


DATED: January 13, 2009            WILSON, ELSER, MOSKOWITZ EDELMAN
                                   & DICKER LLP


                                   By:   /s/ Craig C. Hunter as authorized on 1/13/09
                                         CRAIG C. HUNTER

                                   Attorneys for Defendants
                                   COMMUNICATIONS WORKERS OF AMERICA
                                   DISTRICT 9 UNION AFL-CIO

DATED: January 13, 2009            BENNETT & SHARPE


                                   By:   /s/ Thomas Michael Sharpe as authorized on 1/13/09
                                         THOMAS MICHAEL SHARPE

                                   Attorneys for Defendants
                                   COMMUNICATIONS WORKERS OF AMERICA
                                   LOCAL 9333 UNION AFL-CIO

LEGAL_US_W # 60843194.1                -2-         JOINT STIPULATION TO CONTINUE TRIAL, PRETRIAL CONFERENCE ETC.; [PROPOSED] ORDER

PDF created with pdfFactory trial version www.pdffactory.com

DATED: January 13, 2009  LAW OFFICES OF JUSTIN THOMAS ALLEN

By:   /s/ Justin Thomas Allen as authorized on 1/13/09
      JUSTIN THOMAS ALLEN

Attorneys for Plaintiff
BLAKE SMITH

## **ORDER**

Pursuant to the Stipulation of the parties, and good cause appearing therefor, the Court hereby continues the trial date currently set for March 10, 2009 to April 21, 2009; the Final Pretrial Conference is continued from January 26, 2009 to March 9, 2009; and all corresponding pretrial deadlines not yet past as of the date of the parties' Stipulation are continued in accordance with the Federal and Eastern District Court rules.

**IT IS SO ORDERED:**

DATED: January 22, 2009     /s/ OLIVER W. WANGER
                            Honorable Oliver W. Wanger
                            United States District Judge

LEGAL_US_W # 60843194.1            -3-            JOINT STIPULATION TO CONTINUE TRIAL, PRETRIAL CONFERENCE ETC.; [PROPOSED] ORDER

PDF created with pdfFactory trial version www.pdffactory.com