| | |
|---|---|
| 1 | |
| 2 | JUSTIN THOMAS ALLEN (SB# 238195) justinthomasallenesquire@yahoo.com)<br>LAW OFFICES OF JUSTIN THOMAS ALLEN |
| 3 | P.O. Box 739<br>Turlock, CA 95381 |
| 4 | Telephone: (209) 656-6705<br>Facsimile: (209) 656-6757 |
| 5 | Attorneys for Plaintiff<br>BLAKE SMITH |
| 6 | J. AL LATHAM, JR. (SB# 071605) allatham@paulhastings.com |
| 7 | PAUL, HASTINGS, JANOFSKY & WALKER LLP<br>515 South Flower Street |
| 8 | Twenty-Fifth Floor<br>Los Angeles, CA 90071-2228 |
| 9 | Telephone: (213) 683-6000<br>Facsimile: (213) 627-0705 |
| 10 | Attorneys for Defendants<br>PACIFIC BELL TELEPHONE COMPANY, INC.,<br>SHANE SPENCER and ALAN BROWN |
| 11 | |
| 12 | [Additional Attorneys on next page] |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLAKE SMITH,<br><br>    Plaintiff,<br><br>vs.<br><br>PACIFIC BELL TELEPHONE COMPANY, INC., AT&T COMMUNICATIONS OF CALIFORNIA, INC., SBC TELECOM, INC., COMMUNICATIONS WORKERS OF AMERICA LOCAL 9333 UNION, AFL-CIO, COMMUNICATIONS WORKERS OF AMERICA DISTRICT 9 UNION AFL-CIO, SHANE SPENCER, an individual, ALAN BROWN, an individual and DOES 1-100,<br><br>    Defendants. | CASE NO. 1:06-CV-01756-OWW-LJO<br><br>**JOINT STIPULATION TO CONTINUE TRIAL, PRETRIAL CONFERENCE, AND RELATED FORTHCOMING DEADLINES TO SEPTEMBER 2009 DUE TO PENDING SUMMARY JUDGMENT MOTIONS; ORDER**<br><br>Judge: Honorable Oliver W. Wanger<br>Court: Courtroom 3<br><br>**Pretrial Conference: March 23, 2009**<br>**Trial Date: April 21, 2009** |

LEGAL_US_W # 60843194.3

JOINT STIPULATION TO CONTINUE
TRIAL, PRETRIAL CONFERENCE ETC.;
[PROPOSED] ORDER

DAVID A. ROSENFELD (SB# 058163) (courtnotices@unioncounsel.net)
CAREN P. SENCER (SB# 233488)
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, CA 94501-1091
Telephone: (510) 337-1001
Facsimile: (510) 337-1023

STEVEN J. JOFFE, (SB# 108419)
CRAIG C. HUNTER (SB# 71299) (craig.hunter@wilsonelser.com)
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
555 South Flower Street, Suite 2900
Los Angeles, CA 90071
Telephone: (213) 443-5100
Facsimile: (213) 443-5101

Attorneys for Defendant
COMMUNICATIONS WORKERS OF AMERICA
DISTRICT 9 UNION AFL-CIO

THOMAS MICHAEL SHARPE (SB# 69697) (mnbennettlaw@sbcglobal.net)
BENNETT & SHARPE, INC.
2444 Main Street, Suite 110
Fresno, CA 93721
Telephone: (559) 0120
Facsimile: ((559) 485-5823)

Attorneys for Defendant
COMMUNICATIONS WORKERS OF AMERICA
LOCAL 9333 UNION AFL-CIO

| | |
|---|---|
| 1 | All parties join in respectfully requesting that the Court continue the |
| 2 | April 21, 2009, trial; the March 23, 2009, final pretrial conference; and all other |
| 3 | forthcoming pretrial deadlines to dates convenient for the Court in September 2009, |
| 4 | subject to the Court's ruling on Defendants' pending summary judgment motions. |
| 5 | |
| 6 | On November 6, 2008, and again on January 22, 2009, this Court |
| 7 | entered an order, pursuant to an all-party stipulation, continuing the trial and |
| 8 | pretrial dates, pending the Court's ruling on Defendants' summary judgment |
| 9 | motions. As the summary judgment motions remain under submission, the parties |
| 10 | now respectfully seek a continuance of the dates currently set. |
| 11 | |
| 12 | The Court heard Defendants' motions for summary judgment on |
| 13 | September 29, 2008. Following the hearing, Plaintiff filed a supplemental brief, |
| 14 | and Defendants filed responses thereto. The matter stands submitted. |
| 15 | |
| 16 | The parties' counsel would like to avoid imposing on their respective |
| 17 | clients the costs of trial preparation, including final preparation of the joint pretrial |
| 18 | statement and appearance at the final pretrial conference, while the summary |
| 19 | judgment motions are pending. This stipulated request addresses only the trial, final |
| 20 | pretrial conference, and other forthcoming pretrial deadlines; it does not affect any |
| 21 | previous deadlines. |
| 22 | |
| 23 | This stipulated request is not presented for purposes of delay. |
| 24 | Defendants' summary judgment motions were filed on December 28, 2007, well in |
| 25 | advance of the trial date. The initially noticed hearing date of January 28, 2008, was |
| 26 | postponed several times --- first in order to afford Plaintiff additional time for |
| 27 | discovery, and then on the Court's own motion due to the press of the Court's |
| 28 | |

business. There have been two previous requests to vacate or extend the trial date pending the summary judgment ruling.

IT IS SO STIPULATED.

DATED: March 10, 2009     PAUL, HASTINGS, JANOFSKY & WALKER LLP


By: /s/ J. Al Latham, Jr.
    J. AL LATHAM, JR.

Attorneys for Defendants
PACIFIC BELL TELEPHONE COMPANY,
SHANE SPENCER AND ALAN BROWN

DATED: March 10, 2009     WEINBERG, ROGER & ROSENFELD


By: /s/ Caren P. Sencer as authorized on 3/10/09
    CAREN P. SENCER

Attorneys for Defendants
COMMUNICATIONS WORKERS OF AMERICA
DISTRICT 9 UNION AFL-CIO

DATED: March 10, 2009     WILSON, ELSER, MOSKOWITZ EDELMAN
                          & DICKER LLP


By: /s/ Craig C. Hunter as authorized on 3/10/09
    CRAIG C. HUNTER

Attorneys for Defendants
COMMUNICATIONS WORKERS OF AMERICA
DISTRICT 9 UNION AFL-CIO

DATED: March 10, 2009     BENNETT & SHARPE


By: /s/ Thomas Michael Sharpe as authorized on 3/10/09
    THOMAS MICHAEL SHARPE

Attorneys for Defendants
COMMUNICATIONS WORKERS OF AMERICA
LOCAL 9333 UNION AFL-CIO

| | | |
|---|---|---|
| 1 | DATED:  March 10, 2009 | LAW OFFICES OF JUSTIN THOMAS ALLEN |
| 2 | | |
| 3 | | By: ___/s/ Justin Thomas Allen as authorized on 3/10/09___ |
| 4 | | JUSTIN THOMAS ALLEN |
| 5 | | Attorneys for Plaintiff<br>BLAKE SMITH |

### **ORDER**

Pursuant to the Stipulation of the parties, and good cause appearing therefor, the Court hereby continues the trial date currently set for April 21, 2009 to September 15, 2009; the Final Pretrial Conference is continued from March 23, 2009 to August 3, 2009; and all corresponding pretrial deadlines not yet past as of the date of the parties' Stipulation are continued in accordance with the Federal and Eastern District Court rules.

IT IS SO ORDERED.

DATED: 3/17/2009        /s/ OLIVER W. WANGER
                        OLIVER W. WANGER
                        UNITED STATES DISTRICT JUDGE