1  DAVID A. ROSENFELD, Bar No. 058163
   CAREN P. SENCER, Bar No. 233488
2  WEINBERG, ROGER & ROSENFELD
   1001 Marina Village Parkway, Suite 200
3  Alameda, California 94501-1091
   Telephone 510.337.1001
4  Fax 510.337.1023

5  STEVEN J. JOFFE, Bar No. 108419
   CRAIG C. HUNTER, Bar No. 71299
6  WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
   555 South Flower Street, Suite 2900
7  Los Angeles, California 90071
   Telephone 213.443.5100
8  Fax 213.443.5101

9  Attorneys for Defendant
   COMMUNICATIONS WORKERS OF
10 AMERICA DISTRICT 9 UNION AFL-CIO

11

12 THOMAS M. SHARPE, Bar No. 109417
   BENNETT & SHARPE, INC.
   2444 Main Street, Suite 110
13 Fresno, California 93721
   Telephone 559.485.0120
14 Fax 559.485.5823

15 Attorneys for Defendant
   COMMUNICATIONS WORKERS OF AMERICA
16 LOCAL 9333 UNION AFL-CIO

17

UNITED STATES DISTRICT COURT

18

EASTERN DISTRICT OF CALIFORNIA

19

| | |
|---|---|
| 20  BLAKE SMITH | ) No.   1:06-CV-01756-OWW-LJO |
| 21          Plaintiff, | ) ORDER GRANTING DEFENDANTS |
| 22      v. | ) COMMUNICATION WORKERS OF<br>) AMERICA DISTRICT 9 UNION AFL-<br>) CIO AND COMMUNICATION |
| 23  PACIFIC BELL TELEPHONE COMPANY,<br>INC., AT&T COMMUNICATIONS OF | ) WORKERS OF AMERICA, LOCAL<br>) UNION 9333, AFL-CIO MOTION FOR |
| 24  CALIFORNIA, INC., SBC TELECOM, INC.,<br>COMMUNICATIONS WORKERS OF | ) SUMMARY JUDGMENT (THIRD,<br>) FOURTH, FIFTH AND SIXTH CAUSES |
| 25  AMERICA LOCAL 9333 UNION AFL-CIO,<br>COMMUNICATION WORKERS OF | ) OF ACTION)<br>) |
| 26  AMERICA DISTRICT 9 UNION AFL-CIO,<br>SHANE SPENCER, an individual, ALAN | ) Courtroom:   3<br>) Judge:  Oliver W. Wanger |
| 27  BROWN, an individual, and DOES 1-100 | ) |
| 28          Defendants. | ) |

ORDER GRNTNG MTN F/SUMM JUDGMT                1:06-CV-01756-OWW-LJO

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

PDF created with pdfFactory trial version www.pdffactory.com

The Motions for Summary Judgment of Defendant COMMUNICATION WORKERS OF AMERICA, DISTRICT 9 and Defendant COMMUNICATION WORKERS OF AMERICA, LOCAL 9333 (collectively "Union") came on for hearing in Courtroom 3 of this Court on September 29, 2008. After oral argument, supplemental briefing was provided and the matter was deemed fully submitted on November 10, 2008.

Having read the motions, the points and authorities and supporting evidence filed by all parties, and having heard argument of counsel, the Court issued its memorandum decision on August 12, 2009.

Plaintiff cannot sustain his claim for breach of contract (third cause of action) against the Union. That claim is subsumed by the breach of the duty of fair representation claim. Accordingly, the Union's request for summary judgment on the third cause of action is granted.

Plaintiff cannot sustain his claim for fraud (fourth cause of action) against the Union. Plaintiff presents no evidence to support the required elements of the common law cause of action for fraud. Accordingly, the Union's request for summary judgment on the fourth cause of action is granted.

Plaintiff cannot sustain his claim for breach of the duty of fair representation (fifth cause of action) against the Union. Plaintiff has not created a genuine issue of material fact that the union's conduct in the investigation, handling, and decision not to arbitrate the grievance was arbitrary, discriminatory or in bad faith. Accordingly, the Union's request for summary judgment on the fifth cause of action is granted.

Plaintiff cannot sustain his claim for defamation by slander and blacklisting (sixth cause of action) against the Union. There is no supported allegation of defamation against the Union and no evidence or argument that the Union engaged in blacklisting. Accordingly, the Union's request for summary judgment on the sixth cause of action is granted.

The August 11 and 12, 2008 filings of Plaintiff, including the Supplemental Affidavit of Michael Caloyannides, Ph.D. and the three Reply and Objections to Defendants' Separate Statements of Undisputed Facts were untimely, and thus, are stricken.

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

- 2 -

ORDER GRNTNG MTN F/SUMM JUDGMT                                    1:06-CV-01756-OWW-LJO

PDF created with pdfFactory trial version www.pdffactory.com

1  The Court's further reasoning and its rulings on Defendants' motions to strike and the
2  parties' objections are set out in the two Memorandum Decisions regarding Defendants' Summary
3  Judgment Motions, entered August 12, 2009, and incorporated by this reference.
4  **IT IS HEREBY ORDERED** that the Motions for Summary Judgment of Defendants
5  COMMUNICATION WORKERS OF AMERICA, DISTRICT 9 and COMMUNICATION
6  WORKERS OF AMERICA, LOCAL 9333 are granted in their entirety.

Dated: August 20, 2009

__/s/ OLIVER W WANGER_____
The Honorable Oliver W. Wanger
United Sates District Court Judge

114965/540772

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

ORDER GRNTNG MTN F/SUMM JUDGMT         - 3 -         1:06-CV-01756-OWW-LJO

PDF created with pdfFactory trial version www.pdffactory.com